IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| Mauricio W. Morazan Alvarenga, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Elemental Networks LLC, *et al.*, <br><br> Defendants. | Case No.: 1:24-cv-01071 (PTG/WEF) |

## **ELEMENTAL DEFENDANTS' OBJECTIONS TO EXHIBITS**

COMES NOW, Elemental Networks LLC (Elemental"), Arthur T. Giannopoulos ("Mr. Giannopoulos"), and Eoanna C. Giannopoulos ("Mrs. Giannopoulos," and together with Mr. Giannopoulos and Elemental, the "Elemental Defendants"), by and through their undersigned counsel, Robbins Law Group PLLC, and pursuant to the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the Eastern District of Virginia, and hereby file their objections to Plaintiffs' exhibits ("Plaintiffs' Exhibits"), and Defendant, the Whiting Turning Contracting Company's ("W-T") exhibits ("W-T's Exhibits"), and in support thereof state as follows:[1]

On July 16, 2025, Plaintiffs provided the Parties with their List of Trial Witnesses and Exhibits ("Plaintiffs' Exhibit List"). Plaintiffs did not, however, provide the Elemental Defendants with copies of their exhibits, as required pursuant to the Court's December 20, 2024 order (the "Order") [ECF No. 17], and as the Elemental Defendants and W-T did. Accordingly, the Elemental Defendants object to Plaintiffs' exhibits to the extent they do not correspond exactly, by bates-stamp, to those documents

---

[1] "Plaintiffs" as used herein refers to Mauricio W. Morazan Alvarenga ("Plaintiff M. Morazan"), Jessica A. Morazan Mendez ("Plaintiff J. Morazan"), Tiara M. Morazan Mendez ("Plaintiff T. Morazan"), and Moises Melgar Guardado ("Plaintiff M. Melgar").

1

readily identifiable in the Parties' previous document productions, on the grounds that admission of such exhibits would be in violation of the Court's Order, which required that "The exhibits themselves or a copy should be exchanged with opposing counsel before the [final pre-trial] conference . . . Exhibits not so *disclosed* and listed will not be permitted at trial except for impeachment or rebuttal[.]" (emphasis added).

The Elemental Defendants further object to Plaintiffs' Exhibits as follows:

| Exh. No. | Description | Objection |
|---|---|---|
| 1 | Text messages between Plaintiff M. Morazan and Defendant A. Giannopoulos | •Hearsay<br>•Relevance<br>•Authentication<br>•Lack of Foundation<br>•Probative value is substantially outweighed by the danger of unfair prejudice and confusion of the issues |
| 2 | Text messages between Plaintiff M. Morazan, Plaintiff J. Morazan, and Defendant A. Giannopoulos | •Hearsay<br>•Relevance<br>•Authentication<br>•Lack of Foundation<br>•Probative value is substantially outweighed by the danger of unfair prejudice and confusion of the issues |
| 4 | Time records made by Plaintiff J. Morazan | •Hearsay<br>•Relevance<br>•Authentication<br>•Lack of Foundation as to the document and the contents thereof<br>•Probative value is substantially outweighed by the danger of unfair prejudice and confusion of the issues |
| 15-21 | Several Subcontractor's Partial Releases | •Duplicative<br>•Incomplete<br>•Hearsay<br>•Relevance<br>•Authentication<br>•Lack of Foundation<br>Probative value is substantially outweighed by the danger of unfair prejudice and confusion of the issues |

Additionally, the Elemental Defendants object to W-T's Exhibits as follows:

| Exh. No. | Description | Objection |
|---|---|---|
| 2 - 12 | Several Elemental Payment Applications and accompanying waivers | •Duplicative<br>•Relevance<br>•Probative value is substantially outweighed by the danger of unfair prejudice and confusion of the issues |
| 20 - 36 | Several Subcontractor Progress Meeting Minutes | •Duplicative<br>•Incomplete<br>•Hearsay within hearsay<br>•Relevance<br>•Authentication<br>•Lack of Foundation<br>•Probative value is substantially outweighed by the danger of unfair prejudice and confusion of the issues |
| 58 | Daily Hours Worked (3/7/2025) | •Unclear what this exhibit refers to—no bates star provided.<br>•Duplicative<br>•Incomplete<br>•Hearsay<br>•Relevance<br>•Authentication<br>•Lack of Foundation |

The Elemental Defendants respectfully submit the foregoing preliminary objections to parties' exhibits. The Elemental Defendants further reserve any objections to hearsay, relevance, prejudice, foundation, incompleteness, and/or lack of probative value. Further, the Elemental Defendants reserve the right to join or assert any objection identified by any other party in this litigation, excluding objections made as to the Elemental Defendants' exhibits.

*[Signature on Following Page]*

        The Elemental Defendants, Arthur C. Giannopoulos, Eoanna C. Giannopoulos, and Elemental Networks, LLC,

        By Counsel

        */s/ Seth A. Robbins*

Seth A. Robbins, VSB No. 45807
Robbins Law Group PLLC
3811 N. Fairfax Drive
Suite 925
Arlington, VA 22203
Tel.:   (703) 224-4436
Fax.:   (202) 836-9840
Email: srobbins@robbinslawgroup.com

*Counsel for the Elemental Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th of July 2025, service of the foregoing was made on all counsel of record via ECF.

        */s/ Seth A. Robbins*
        Seth A. Robbins, VSB No. 45807